### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

---

Joshua Rothstein,                                   Case No.: 09-CV-03387 JMR/SRN

      Plaintiff

vs.                                                 **Defendant Kemps, LLC's**
                                                    **<u>AMENDED</u>**
Kemps, LLC,                                         **Notice of Motion to Dismiss**
                                                    **Counts I, III and IV**
      Defendant.                          **of Plaintiff's Complaint**

---

TO:   PLAINTIFF AND HIS ATTORNEYS OF RECORD, JONI THOME AND
      MATTHEW NOLAN, HALUNEN & ASSOCIATES, 1650 IDS CENTER, 80
      SOUTH 8TH STREET, MINNEAPOLIS, MN 55402:

PLEASE TAKE NOTICE, that the undersigned, on behalf of Defendant, Kemps,

LLC, will bring a Motion to Dismiss Counts One, Three, and Four of Plaintiff's

Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), to be heard by The

Honorable Magistrate Judge Susan R. Nelson, United States District Court, Courtroom

9E, United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 on the

**12th day of March, 2010 at 9:30 a.m.** or as soon thereafter as counsel can be heard.

Dated: February 12, 2010                  FELHABER, LARSON, FENLON & VOGT, P.A.


                              /s/ Lee A. Lastovich
                              Lee A. Lastovich, #239495
                              Brian T. Benkstein, #325545
                              220 South Sixth Street, Suite 2200
                              Minneapolis, MN 55402
                              Telephone:  (612)339-6321
                              Facsimile:   (612)338-0535

53247.1